# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BARBARA SIMMONS, <br><br> Plaintiff, <br><br> vs. <br><br> M AND J TRUCKING, INC., DJS EXPRESS, LLC, and STANDAGE TRUCKING, INC., <br><br> Defendants. | 8:22CV25 <br><br> ORDER TO SHOW CAUSE |

The records of the Court show that on January 24, 2022, a letter (Filing No. 6) was sent to the following attorney from the Office of the Clerk directing that they obtain admittance to practice in this district and register for the Case management/Electronic Case Filing System ("System"):

**JJ Burns**
**DOLLAR, BURNS LAW FIRM**
**1100 Main Street, Suite 2600**
**Kansas City, MO 64105**

**IT IS ORDERED** that on or before **March 8, 2022**, the attorney listed above shall either comply with the requests set forth in the letters from the Clerk of the Court or show cause by written affidavit why they cannot comply with the rules of the Court. Failure to comply with this order will result in JJ Burns being removed as counsel of record.

Dated this 22nd day of February, 2022.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge